UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| **KEVIN FRANCKOWIAK**, | ) Case No. 3:09-cv-05594-BHS |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| | ) |
| **BAY AREA CREDIT SERVICES, LLC.,** | ) |
| | ) |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Washington, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 28th day of May, 2010.

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

                         <u>s/Jon N. Robbins</u>
                         Jon N. Robbins
                         WEISBERG & MEYERS, LLC

Filed electronically on this 28th day of May, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 28th day of May, 2010 to:

Michael J. Farrell, Washington State BarNo. 18897
Email: mfanell@martinbischoff.com
Menrrn Br Schoff Telæreron
LeNcsr,nr & HorruaNLLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204

By: <u>s/Jessica DeCandia</u>
     Jessica DeCandia

Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com