UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| **KEVIN FRANCKOWIAK**, | ) Case No. 3:09-cv-05594-BHS |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| **BAY AREA CREDIT SERVICES, LLC.**, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties' Stipulation for Dismissal with Prejudice without fees or costs to either party is hereby GRANTED.

DATED this 7th day of July, 2010.

BENJAMIN H. SETTLE
United States District Judge

1